■ In the Matter of GEORGIANA H. DOERSCHUCK, Petitioner, v RENEE R. ROTH, Respondent. EMMET, MARVIN & MARTIN, LLP, Nonparty Respondent. [782 NYS2d 49]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied

and the petition dismissed, without costs or disbursements. The Clerk is directed to accept no further filings from petitioner without prior leave of this Court. No opinion. Order filed. Concur—Buckley, P.J., Lerner, Friedman, Sweeny and Catterson, JJ.